IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-331-RJC-DCK

| | |
|---|---|
| KIMULA Q. CLARK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MARQUICS DEVON RODEN, NORTH CAROLINA ARMY NATIONAL GUARD, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Marquics Devon Roden's "Notice Of Substitution" (Document No. 8) filed September 11, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion. The undersigned's staff called attorney for Defendant Roden, and was informed that Plaintiff's counsel consented to this motion.

**IT IS, THEREFORE, ORDERED** that Defendant Marquics Devon Roden's "Notice Of Substitution" (Document No. 8) is **GRANTED**. The United States of America shall be substituted as the party defendant in this matter in the place of Defendant Marquics Devon Roden.

**IT IS FURTHER ORDERED** that the action is discontinued against Marquics Devon Roden.

Signed: September 16, 2013

David C. Keesler
United States Magistrate Judge