IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-331-RJC-DCK

| | |
|---|---|
| KIMULA Q. CLARK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA and ) <br> NORTH CAROLINA ARMY NATIONAL ) <br> GUARD, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant United States of America's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 11) filed October 1, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel does not object to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant United States of America's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the action is hereby **STAYED** until Department of Justice attorneys are permitted to resume their usual civil litigation duties.

**IT IS FURTHER ORDERED** that the parties shall file a Certificate of Initial Attorneys Conference within ten (10) days of the Department of Justice attorneys resuming their usual civil litigation duties.

**SO ORDERED**.

Signed: October 1, 2013

David C. Keesler
United States Magistrate Judge